FILED '08 JUN 25 14:49 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| KAREN P. CURTIS, | Civil No. 3:07-CV-833-HA |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on June 25th, 2008.

DATED this 25 day of June, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:07-CV-833-HA]