FILED'08 AUG 15 14:52 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KAREN P. CURTIS,**
    Plaintiff,

CV 07-833-HA

ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security,**
    Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5768.74, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs, shall be awarded to Plaintiff's attorney Martin R. Cohen; mailed to Plaintiff's attorney.

DATED this 15 day of August, 2008.

UNITED STATES DISTRICT JUDGE

Presented by:

/s/
**MARTIN R. COHEN,** OSB # 77023
(503) 635-5805
Attorney for Plaintiff
PO Box 1229
Lake Oswego, OR 97035

ORDER FOR EAJA FEES