UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KAREN CURTIS,                   Case No. CV 07-833-HA

    Plaintiff,

                                               ORDER

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

    Attorney fees in the amount of $12,693.75, minus any user fee, are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. The Plaintiff's attorney is directed to reimburse the Plaintiff in the amount or $ 5,768.74, previously awarded pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412.

    Dated this ___ day of March, 2009,

                                    /s/ Ancer L. Haggerty
                                    HON. Ancer L. Haggerty
                                 UNITED STATES DISTRICT JUDGE

Presented by:

Martin R. Cohen, OSB #77023

503-635-5805

ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. 406(b)